```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
      v.                         )   Criminal No. 2013-28
                                )
DANIEL ZAPATA RODRIGUEZ,         )
                                )
            Defendant.           )
                                 )

**ATTORNEYS:**

**Ronald Sharpe, United States Attorney**
**Ishmael Meyers, Jr., AUSA**
United States Attorney's Office
St. Thomas, VI
*For the plaintiff United States of America,*

**David J. Cattie**
Ogletree Deakins
St. Thomas, VI
*For defendant Daniel Zapata Rodriguez.*

## ORDER

**GÓMEZ, J.**

Pursuant to the Report and Recommendation of the United States Magistrate Judge to which there is no timely objection, it is hereby

**ORDERED** that the defendant Daniel Zapata Rodriguez's plea of guilty to Count One of the Indictment is **ACCEPTED**; and it is further

**ORDERED** that the defendant Daniel Zapata Rodriguez is **ADJUDGED GUILTY** of the offense in Count One of the Indictment.

                                   S_____
                                      **Curtis V. Gómez**
                                      **District Judge**